# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RAYMOND GARRETT,

    Plaintiff,

vs

CITY OF DETROIT, TERRY SUTTON,
and SHERRY NICHOLS,

    Defendants.

08-CV-10717
Hon: Denise Page Hood

_____/

| ROBERT F. KINNEY (P35842) | PAULA L. COLE (P31888) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| 615 Griswold, Ste. 1220 | 660 Woodward Ave. Ste. 1650 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 963-5310 | (313) 237-3018 |

_____/

## STIPULATION FOR VOLUNTARY DISMISSAL

The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith voluntarily dismissing the said cause against the Defendants **CITY OF DETROIT, TERRY SUTTON, and SHERRY NICHOLS** with prejudice and without costs and attorney fees to any party.


S/(w consent)R. Kinney                                          S/PAULA L. COLE (P31888)

Attorney for Plaintiff                                                     Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RAYMOND GARRETT,

    Plaintiff,

vs                                                08-CV-10717
                                                  Hon: Denise Page Hood

CITY OF DETROIT, TERRY SUTTON,
and SHERRY NICHOLS,

    Defendants.
_____/

**ROBERT F. KINNEY (P35842)**      **PAULA L. COLE (P31888)**
Attorney for Plaintiff                     Attorney for Defendants
615 Griswold, Ste. 1220              660 Woodward Ave. Ste. 1650
Detroit, Michigan 48226              Detroit, Michigan 48226
(313) 963-5310                            (313) 237-3018
_____/

## ORDER

        At a Session of said Court in the Courthouse,
        United States District Court Eastern District
        on       June 23, 2008

    PRESENT:    Honorable DENISE PAGE HOOD
                           DISTRICT COURT JUDGE

Upon reading and filing of the Stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be dismissed against Defendants **CITY OF DETROIT, TERRY SUTTON, and SHERRY NICHOLS**, with prejudice and without costs and without attorney fees.

                                                s/ DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE